```
                                              FILED
                                              JAN - 8 2008
                                              CLERK
                                              SOUTHERN     MB     CALIFORNIA
                                              BY                  DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 0059-BTM |
| Plaintiff, ) | |
| ) | I N F O R M A T I O N |
| v. ) | |
| ) | Title 18, U.S.C., Sec. 1544 - |
| LEONEL LOPEZ, ) | Misuse of a Passport (Felony) |
| aka Luis Jorge Moctezuma, ) | |
| ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about December 8, 2007, within the Southern District of California, defendant LEONEL LOPEZ, aka Luis Jorge Moctezuma, when applying for entry to the United States, did knowingly and willfully, use a United States passport No. 301394854, issued and designed for use of another in the following manner, to wit: defendant presented a United States passport to a federal officer, claiming to be Luis Jorge Moctezuma, a United States citizen, knowing full well that he was not; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: 1/8/08

KAREN P. HEWITT
United States Attorney

for DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:pcf
12/31/07