AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

LEONEL LOPEZ
aka Luis Jorge Moctezuma

WAIVER OF INDICTMENT

CASE NUMBER: 08CR0059-BTM

I, LEONEL LOPEZ, aka Luis Jorge Moctezuma, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1544 - Misuse of a Passport (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1-8-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
JAN - 8 2008
CLERK, DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY